# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Smith, Jr., Charles L. | 2. Court or Organization  Northern District of Alabama | 3. Date of Report  05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Senior | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
101 Holmes Avenue
Huntsville, Ala. 35801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1981 | Judicial Retirement Fund of Alabama (Retirement fund of former employer, State of Alabama), no control |
| 2. 1981 | Madison County, Alabama Retirement Fund (Retirement fund of former employer, Madison County), no control |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | State of Alabama Judicial Retirement (Retirement Systems of Alabama) | $58,725.00 |
| 2. 2017 | Madison County, Alabama Retirement | $19,142.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Madison County, Alabama Retirement Fund (Retirement Systems of Alabama) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  U.S. Savings Bonds-Series EE | A | Interest | J | T | | | | | |
| 2.  Regions Financial Corp. Common | A | Dividend | J | T | | | | | |
| 3.  Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 4.  Meadowbrook, Ltd. 4.75% Int. in limited partnership | | None | J | U | | | | | |
| 5.  Farm: Madison County, Ala. | D | Rent (Crop) | P1 | W | | | | | |
| 6.  Farm Rental House: Madison County, Ala. | A | Rent (House) | L | W | | | | | |
| 7.  Crown Life Ins. - Cash Value | A | Dividend | J | T | | | | | |
| 8.  Apple, Inc. Common | B | Dividend | M | T | | | | | |
| 9.  Clorox Co. Common | B | Dividend | K | T | | | | | |
| 10.  ▒▒▒ § 457(b) Deferred Comp Account (H): | | | | | | | | | |
| 11.  -- American Century Value Fund | C | Dividend | | | Sold | 08/02/17 | K | D | |
| 12.  -- Fidelity Contrafund | C | Dividend | M | T | | | | | |
| 13.  -- Nationwide Fixed Account | C | Interest | M | T | Buy | 08/02/17 | L | | |
| 14.  -- Nationwide Large Cap Growth Fund | A | Dividend | L | T | | | | | |
| 15.  -- SEI Institutional Managed Trusts S & P 500 Index Fund | A | Dividend | | | Sold | 08/02/17 | J | B | |
| 16.  -- Neuberger Berman Equity Trust | C | Dividend | | | Sold | 08/02/17 | K | C | |
| 17.  Madison Co. AL Retirement Fund | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Am Family Broadcasting Corp (Retirement) | | None | J | T | | | | | |
| 19.   PACT (Ala. Prepaid Affordable College Tuition plan) | A | Interest | K | T | | | | | |
| 20.   Scholars Choice (Section 529 Plan) - No Control | B | Dividend | J | T | | | | | |
| 21.   Education IRA No. 1 (H): | | | | | | | | | |
| 22.   -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 23.   -- Facebook Common | A | Dividend | J | T | | | | | |
| 24.   -- Apple, Inc. Common | A | Dividend | J | T | | | | | |
| 25.   -- SNAP, Inc. Class A | | None | J | T | Buy | 05/12/17 | J | | |
| 26.   Education IRA No. 2 (H): | | | | | | | | | |
| 27.   -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 28.   -- Overstock.Com, Inc. Common | | | | | Sold | 02/01/17 | J | A | |
| 29.   -- Facebook Common | A | Dividend | J | T | | | | | |
| 30.   Education IRA No. 3 (H): | | | | | | | | | |
| 31.   -- Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 32.   -- Facebook Common | A | Dividend | J | T | Sold (part) | 12/21/17 | J | C | |
| 33.   Education IRA No. 4 (H): | | | | | | | | | |
| 34.   -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Overstock.Com, Inc. Common | | None | | | Sold | 02/01/17 | J | A | |
| 36. -- Facebook Common | A | Dividend | J | T | | | | | |
| 37. -- NRG Yield, Inc. Common | A | Dividend | | | Sold | 08/02/17 | J | A | |
| 38. Coca Cola Bottling Co. Common | A | Dividend | J | T | | | | | |
| 39. Trust No. 1 (H): | A | Dividend | K | T | | | | | |
| 40. -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 41. -- Franklin Federal Tax Free Income FD Class A | A | Interest | K | T | | | | | |
| 42. Vanguard Age-Based Aggressive Growth (Section 529 Plan aka Upromise) | A | Dividend | K | T | | | | | |
| 43. Walt Disney Common | A | Dividend | K | T | | | | | |
| 44. Education IRA No. 5 (H): | | | | | | | | | |
| 45. -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 46. -- Facebook Common | A | Dividend | J | T | | | | | |
| 47. -- NRG Yield, Inc. Common | A | Dividend | | | Sold | 08/02/17 | J | A | |
| 48. -- SNAP, Inc. Class A | | None | J | T | Buy | 05/12/17 | J | | |
| 49. Trust No. 2 (H): | | | | | | | | | |
| 50. -- Morgan Stanley Bank NA | A | Interest | K | T | | | | | |
| 51. -- Facebook Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Illumina Inc. Common | | None | J | T | | | | | |
| 53. -- Apple Inc. Common | A | Dividend | J | T | | | | | |
| 54. -- NRG Yield Inc. Common | A | Dividend | | | Sold | 08/12/17 | J | A | |
| 55. Facebook Common | A | Dividend | J | T | | | | | |
| 56. Alabama College Counts 529 Plan (H): | | | | | | | | | |
| 57. -- Vanguard Growth Index Fund | B | Dividend | L | T | Sold (part) | 01/09/17 | J | A | |
| 58. -- (same fund) | | | | | Sold (part) | 02/07/17 | J | A | |
| 59. -- (same fund) | | | | | Sold (part) | 06/30/17 | J | A | |
| 60. -- (same fund) | | | | | Sold (part) | 08/18/17 | J | A | |
| 61. Educational IRA No. 6 (H): | | | | | | | | | |
| 62. -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 63. --NRG Yield Inc. Common | A | Dividend | | | Sold | 08/12/17 | J | A | |
| 64. -- SNAP, Inc. Class A | | None | J | T | Buy | 05/12/17 | J | | |
| 65. Roth IRA (H): | | | | | | | | | |
| 66. -- Morgan Stanley Bank NA | A | Interest | K | T | Sold (part) | 12/12/17 | J | A | |
| 67. -- Facebook Inc. Common | A | Dividend | J | T | | | | | |
| 68. -- Franklin Income A | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Apple Inc. Common | A | Dividend | J | T | | | | | |
| 70. -- NRG Yield Inc. | A | Dividend | | | Sold | 08/02/17 | J | A | |
| 71. -- SNAP, Inc. Class A | | None | J | T | Buy | 05/12/17 | J | | |
| 72. -- (same stock) | | | | | Sold | 12/12/17 | J | A | |
| 73. _____ Traditional IRA (Rollover from § 457(b) Plan) (H): | | | | | | | | | |
| 74. -- Sterne Agee Insured Deposit Program | A | Interest | K | T | | | | | |
| 75. -- Valley View Place LLC | | | M | T | | | | | |
| 76. Bryant Bank Account | A | Interest | M | T | | | | | |
| 77. Regions Bank Account | | None | J | T | | | | | |
| 78. NRG Yield Inc. Common | A | Dividend | | | Sold | 08/02/17 | J | A | |
| 79. Roth IRA No. 2 (H) (X): | | | | | | | | | |
| 80. -- Morgan Stanley Bank NA | A | Interest | J | T | | | | | |
| 81. -- SNAP, Inc. Class A | | None | J | T | Buy | 05/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles L. Smith, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544